UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DENNIS CHAPMAN, | |
| Movant, | CRIMINAL ACTION |
| v. | NO. 1:07-CR-412-20 |
| UNITED STATES OF AMERICA, | CIVIL ACTION |
| | NO. 1:11-CV-3366-CAP |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto, the court receives it with approval and adopts it as the opinion and order of the court.

SO ORDERED, this  12th  day of September, 2012.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge